# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:18-cr-00264-JAD-VCF-1 |
| Plaintiff, | **ORDER** |
| v. | ECF No. 42 |
| BRANDON GEOVANY RAMOS, | |
| Defendant. | |

IT IS THEREFORE ORDERED that the revocation hearing currently scheduled for Monday, June 7, 2021 at 4:00 p.m., be vacated and continued to August 23, 2021, at 11:00 a.m.

DATED this 1st day of June, 2021.

_____
UNITED STATES DISTRICT JUDGE