**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br> v.<br><br>BRANDON GEOVANY RAMOS,<br><br>    Defendant. | Case No. 2:18-cr-00264-JAD-VCF-1<br><br>**ORDER**<br><br>ECF No. 44 |

  Based on the parties' stipulation and good cause appearing, IT IS ORDERED that the revocation hearing currently scheduled for Monday, August 23, 2021 at 11:00 a.m., be vacated and continued to November 1, 2021, at 10:00 a.m.

  DATED this 19th day of August, 2021.

                    _____
                    UNITED STATES DISTRICT JUDGE